AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| James Poet <br><br> *Plaintiff(s)* <br><br> v. <br><br> TIME WARNER INC., <br> TIME WARNER CABLE INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. LA CV16-07930-DSF-AJWX |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Time Warner Cable Inc. Corporate Headquarters at 60 Columbus Circle New York, New York 10023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James Poet
501 West Glenoaks Blvd #727
Glendale, California
(626) 931-0789 Emergy cell
Eadness1@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 2 2 2017

*Signature of Clerk or Deputy Clerk*

1174