UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 16-7930 DSF (AJWx) | Date | 2/27/17 |
|---|---|---|---|
| Title | James Poet v. Time Warner, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order to Show Cause re Dismissal for Lack of Prosecution

On January 26, 2017, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution. In response, Plaintiff filed proofs of service for both Defendants. However, neither proof of service appears, on its face, to comply with Rule 4's requirements for service of process. Therefore, Plaintiff is ordered to show cause, in writing, why service was adequate or, alternatively, to serve Defendants again in a manner authorized by Rule 4. Plaintiff's response or new proofs of service are to be filed no later than March 20, 2017. Failure to comply with this order by that date will result in dismissal of the case for lack of prosecution.

The Court may not provide advice to *any* party, including persons who are not represented by a lawyer. (Such persons are known as "pro se litigants.") However, this District has a "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court. The Clinic is administered by Public Counsel, a public interest law firm, and it is staffed by lawyers and a paralegal. In order to benefit from the guidance the Clinic may be in a position to provide, you have to go there directly. The Pro Se Clinic is open to members of the public on Mondays, Wednesdays, and Fridays, 9:30 a.m.–noon and 2:00 p.m.–4:00 p.m., on a first-come, first-served basis. The Clinic is located in Room G-19 on the Main Street Floor of the U.S. Courthouse at 312 N. Spring Street, Los Angeles, California.

Although the Clinic does not provide assistance telephonically, for further

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MEMORANDUM**

information about it you may call (213) 385-2977, ext. 270.  In addition, the Court has information of importance to pro se litigants at the "Pro Se" link on its website, http://court.cacd.uscourts.gov/cacd/ProSe.nsf/.

    IT IS SO ORDERED.