Richard S. Endres Esq. (SBN 144853)
REndres@LondonFischer.com
Darren Le Montree, Esq. (SBN 198715)
DLemontree@LondonFischer.com
LONDON FISCHER LLP
2505 McCabe Way, Suite 100
Irvine, CA 92614
Telephone: (949) 252-0550
Facsimile: (949) 252-0553

*Attorneys for Defendant*
Time Warner Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JAMES POET,<br><br>    Plaintiff,<br><br>  v.<br><br>TIME WARNER INC., TIME WARNER CABLE INC.<br><br>    Defendants. | Case No.:<br>LA CV16 07930-DFS-AJWX<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TIME WARNER INC. TO RESPOND TO FIRST AMENDED COMPLAINT BY NO MORE THAN 30 DAYS (L.R. 8-3)**<br><br>First Amended Complaint Served: February 22, 2017<br>Current Response Due:<br>March 15, 2017<br>New Response Date:<br>**March 30, 2017** |

{L0055084.1}                                  1

Plaintiff JAMES POET ("Plaintiff") individually, and Defendant TIME WARNER INC. ("TWI") through its counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a suit in the United States District Court, Central District of California, Western Division bearing Case No. LA CV16 07930-DFS-AJWX on October 25 2016 initially against "Time Warner" and "Time Warner Cable Connect Your Home Inc." which was not served on Time Warner Inc.;

Whereas, a First Amended Complaint joining Time Warner Cable Inc and Time Warner Inc. as Defendants and removing Time Warner Cable Connect Your Home Inc. as a defendant was filed on February 22, 2017;

WHEREAS, Plaintiff served the Summons and First Amended Complaint on TWI through CT Corporation Systems on February 22, 2017;

WHEREAS, TWI has requested, and Plaintiff has agreed to, an extension of time to answer and appear, move or otherwise respond to the Summons and First Amended Complaint up to, through and including March 30, 2017;

WHEREAS, this extension of time is within the time allowed by Local Rule 8-3 of the United States District Court Central District of California;

WHEREAS, the First Amended Complaint is TWI's initial involvement in this litigation as they were not previously named as a defendant in the Complaint.

WHEREAS, this is also TWI's first request to extend time to respond to the First Amended complaint;

NOW THEREFORE, Plaintiff James Poet and Defendant TWI by and through its counsel of record, hereby stipulate and agree that the time for TWI to appear and answer, move or otherwise respond to the Summons and First Amended Complaint is extended up to, through and including March 30, 2017.

So Stipulated.

Dated: March 15, 2017   By: /s/ James Poet
                              JAMES POET
                              *Plaintiff in Pro Per*

Dated: March 15, 2017   **LONDON FISCHER LLP**

                        By: /s/ Richard S. Enders
                            Richard S. Endres
                            Darren Le Montree
                            *Attorneys for Defendant*
                            Time Warner Inc.

## *Proof of Service*
*James Poet*
*v.*
*Time Warner Inc., Time Warner Cable Inc.*
Central District of California – Western Division
Case No.: LA CV16 07930-DFS-AJWX

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and am not a party to the within action.  My business address is 2505 McCabe Way, Suite 100, Irvine, California 92614.

On **March 15, 2017**, I served the foregoing document(s) entitled:

1. **STIPULATION TO EXTEND TIME FOR DEFENDANT TIME WARNER INC. TO RESPOND TO FIRST AMENDED COMPLAINT BY NO MORE THAN 30 DAYS (L.R. 8-3); and**

2. **[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT TIME WARNER INC. TO RESPOND TO FIRST AMENDED COMPLAINT** were served on the interested parties in this action by placing: [ ] the original [X] a true copy thereof, to be delivered/addressed as follows:

### SEE ATTACHED SERVICE LIST

[**X**]   **(BY U.S. MAIL)** I caused sealed envelope(s), with postage fully prepaid, to be placed in the U.S. Mail at Irvine, California.  I am readily familiar with the firm's practice for collection and processing of mail.  It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing set forth in this affidavit, addressed as listed above.

**Executed on March 15, 2017, at Irvine, California.**

[**X**]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Xiomara Diaz
PRINT/TYPE NAME

{L0055103.1 } - 630.189 - Poet

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

***Proof of Service***
*James Poet*
*v.*
*Time Warner Inc., Time Warner Cable Inc.*
Central District of California – Western Division
Case No.: LA CV16 07930-DFS-AJWX

James Poet
501 West Glenoaks Blvd., #727
Glendale, CA 91202
T: (626) 931-0789 (emergency cell)
E-mail: Eadness1@yahoo.com

*In Pro Per Plaintiff*