Amy E. Beverlin (SBN 284745)
abeverlin@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Telephone: (424) 292-8117
Facsimile: (404) 400-7333

Attorneys for Defendant Time Warner Cable Inc.

# UNITED STATES DISTRICT COURT IN AND FOR

# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES POET,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TIME WARNER INC. and TIME WARNER CABLE, INC.,<br><br>　　　　Defendants. | Case No.: 2:16-cv-07930-DSF-AJWx<br><br>Hon. Dale S. Fischer (Crtm. 7D)<br><br>**DEFENDANT TIME WARNER CABLE INC.'S NOTICE TO THE COURT REGARDING SERVICE**<br><br>FAC Filed: February 22, 2017 |

NOTICE REGARDING SERVICE

**TO THE HONORABLE COURT:**

The filing of this Notice serves to inform the Court that Time Warner Cable Inc. ("TWCI") has not been properly served in this matter, but has agreed to waive service pursuant to Fed. R. Civ. P. 4(d).[1]

On October 25, 2016, Plaintiff James Poet ("Plaintiff") filed his Complaint in this action. [D.E. 1.] On January 26, 2017, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution, instructing Plaintiff to file proofs of service of the summons and Complaint on all then-named defendants before February 9, 2017. [D.E. 8.] On February 8, 2017, Plaintiff filed two (2) proofs of service purporting to establish service of the Complaint on Defendant Time Warner Inc. and Time Warner Cable Connect Your Home Inc. [D.E. 9, 10.]

Shortly thereafter, on February 22, 2017, Plaintiff filed a First Amended Complaint ("FAC"), dropping Defendant Time Warner Cable Connect Your Home Inc. from the proceedings and adding TWCI as a defendant. [D.E. 11.]

On February 27, 2017, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution, informing Plaintiff that the proofs of service filed by Plaintiff on February 8, 2017, on their face, did not appear to comply with Fed. R. Civ. P. 4. [D.E. 14.]

On March 10, 2017, Plaintiff filed proofs of service purporting to establish service of the FAC on Defendants Time Warner Inc. and TWCI through delivery of the Summons and FAC to CT Corporation System on February 22, 2017. [D.E. 15, 16.] However, TWCI is no longer registered to do business in California and,

---

[1] This Notice is filed solely for purposes of notifying the Court of the service issues detailed herein.

1
NOTICE REGARDING SERVICE

thus, Plaintiff's purported service on TWCI through CT Corporation System was invalid.[2] CT Corporation System rejected the attempted service.[3]

On March 15, 2017, counsel for TWCI spoke with Plaintiff via telephone and informed him that his attempt to serve TWCI through CT Corporation System was ineffective. However, TWCI agreed to execute a waiver of service to prevent the Court and the parties from incurring additional inefficiencies in Plaintiff's continued efforts to serve TWCI. Pursuant to Fed. R. Civ. P. 4(d)(3), TWCI's deadline to serve an answer or otherwise respond to the FAC is May 12, 2017 (*i.e.*, within 60 days from March 15, 2017, the date on which the request to execute a waiver of service was received).

Dated: March 15, 2017                    KABAT CHAPMAN & OZMER LLP


By: */s/ Amy E. Beverlin*
    AMY E. BEVERLIN
    Attorneys for Defendant Time Warner Cable Inc.

---

[2] TWCI is no longer registered to do business in California because it was merged out of existence in 2016. When TWCI responds to the FAC, it will do so on behalf of the entity that succeeded to TWCI's interests.

[3] A true and correct copy of the letter received by TWCI from CT Corporation System rejecting Plaintiff's attempted service is attached hereto as Exhibit 1.

# PROOF OF SERVICE

## U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Fulton, State of Georgia; I am over the age of 18 and not a party to the within action; my business address is 171 17th Street NW, Suite 1550, Atlanta, Georgia 30363.

On March 15, 2017, I served the foregoing document(s) described as **DEFENDANT TIME WARNER CABLE INC.'S NOTICE TO THE COURT REGARDING SERVICE** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE ATTACHED LIST

☒ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Atlanta, Georgia. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the above-named addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on March 15, 2017, at Atlanta, Georgia.

*/s/ Shirl Washington*
Shirl Washington

**SERVICE LIST**

James Poet
501 West Glenoaks Blvd. #727
Glendale, California 91202

*Plaintiff, Pro Se*

PROOF OF SERVICE