Richard S. Endres Esq. (SBN 144853)
REndres@LondonFischer.com
Darren Le Montree, Esq. (SBN 198715)
DLemontree@LondonFischer.com
LONDON FISCHER LLP
2505 McCabe Way, Suite 100
Irvine, CA 92614
Telephone: (949) 252-0550
Facsimile: (949) 252-0553

*Attorneys for Defendant*
Time Warner Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JAMES POET,<br><br>            Plaintiff,<br><br>   v.<br><br>TIME WARNER INC., TIME WARNER CABLE INC.<br><br>            Defendants. | Case No.:<br>LA CV16 07930-DFS-AJWX<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(F.R.Civ.P. 7.1, L.R. 7.1-1)** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 7.1-1 of the United States District Court for the Central District of California, Defendant Time Warner Inc. hereby files its corporate disclosure statement and certification of interested entities or persons. These representations are made to enable the Court to evaluate possible disqualification or recusal.

First, Time Warner Inc. is a publicly held corporation and no publicly held corporation owns 10% or more of its stock.

Second, pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for defendant, Time Warner Inc., certifies that, as of this date, Time Warner Inc. is unaware of any person or entity, other than the named parties, with a financial or other interest that could be substantially affected by the outcome of the proceeding.

DATED: March 30, 2017

Respectfully submitted,

LONDON FISCHER LLP

By: **/s/ Richard S. Endres**
Richard S. Endres, Esq.
*Attorney for Defendant*
TIME WARNER INC.

*Proof of Service*
*James Poet*
*v.*
*Time Warner Inc., Time Warner Cable Inc.*
Central District of California – Western Division
Case No.: LA CV16 07930-DSF-AJWX

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action. My business address is 2505 McCabe Way, Suite 100, Irvine, California 92614.

On **March 30, 2017**, I served the foregoing document(s) entitled:

1  **DEFENDANT TIME WARNER INC.'S ANSWER TO FIRST AMENDED COMPLAINT**
2  **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (F.R.Civ.P. 7.1, L.R. 7.1-1)**

was/were served on the interested parties in this action by placing: [ ] the original [X] a true copy thereof, to be delivered/addressed as follows:

**SEE ATTACHED SERVICE LIST**

[**X**]   **(BY U.S. MAIL)** I caused sealed envelope(s), with postage fully prepaid, to be placed in the U.S. Mail at Irvine, California. I am readily familiar with the firm's practice for collection and processing of mail. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing set forth in this affidavit, addressed as listed above.

**Executed on March 30, 2017, at Irvine, California.**

[**X**]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Jennifer Rodriguez
PRINT/TYPE NAME

{L0055103.1 } - 630.189 - Poet

**<u>Proof of Service</u>**
*James Poet*
*v.*
*Time Warner Inc., Time Warner Cable Inc.*
Central District of California – Western Division
Case No.: LA CV16 07930-DSF-AJWX

James Poet
501 West Glenoaks Blvd., #727
Glendale, CA 91202
T: (626) 931-0789 (emergency cell)
E-mail: Eadness1@yahoo.com

*In Pro Per Plaintiff*

{L0055103.1 } - 630.189 - Poet