# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES POET,<br><br>PLAINTIFF(S)<br>v.<br>TIME WARNER, et al.,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CV 16-7930 DSF (AJWx)<br><br>NOTICE OF CLERICAL ERROR |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☒ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: PLAINTIFF OPPOSITION TO MOTION TO DISMISS CASE

Filed date: June 1, 2017     Document Number(s): 36

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☒ Incorrect ☒ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is June 16, 2017.

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: Plaintiff's Opposition to Defendant's Motion to Dismiss is attached herewith with the correct filed date of June 16, 2017.

CLERK, U.S. DISTRICT COURT

Date: June 20, 2017     By: P. Songco /s/
                            Deputy Clerk