1  James Poet
2  501 West Glendale Blvd #727
   Glendale, California 91202
3  Telephone: 626-931-0789
   Email: eadness1@yahoo.com
4
5  *Pro se Plaintiff*
6
7           UNITED STATES DISTRICT COURT
           CENTRAL DISTRICT OF CALIFORNIA
8
9
10 JAMES POET,                        Case No.: 2:16-cv-07930-DSF-AJWx
11              Plaintiff,            **JOINT STIPULATION FOR
                                      DISMISSAL OF FIRST AMENDED
12 vs.                                COMPLAINT WITH PREJUDICE
                                      PURSUANT TO FRCP 41(a)(1)(A)(ii)**
13 TIME WARNER INC. and TIME
   WARNER CABLE, INC.,
14
15              Defendants.
16
17
18
19
20
21
22
23
24
25
26
27
28
                    STIPULATION FOR DISMISSAL

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff James
2  Poet ("Plaintiff") and Defendant Time Warner Cable Inc ("Defendant") hereby
3  stipulate to dismiss this action, with prejudice, in its entirety. Each party shall bear
4  their own costs and fees.

Dated: May 16, 2018

By: /s/ James Poet
James Poet
*Pro se Plaintiff*

Dated: May 16, 2018

KABAT CHAPMAN & OZMER, LLP
By: /s/ Kristapor Vartanian

Kristapor Vartanian (SBN 275378)
515 S. Flower Street, 36th Floor
Los Angeles, CA 90071
Telephone: (213) 493-3980
kvartanian@kcozlaw.com

*Attorneys for Defendant Time Warner Cable Inc.*

**PROOF OF SERVICE**

**U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 515 S. Flower Street, 36th Floor, Los Angeles, California 90071.

On May 22, 2018, I served the foregoing document(s) described as **JOINT STIPULATION FOR DISMISSAL OF FIRST AMENDED COMPLAINT WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE ATTACHED LIST

☒ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☐ **(BY OVERNIGHT DELIVERY)** I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows: I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☐ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the bar or this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on May 22, 2018, at Los Angeles, California.

_____
Kristapor Vartanian

## SERVICE LIST

James Poet
501 West Glenoaks Blvd., #727
Glendale, California 91202
eadness1@yahoo.com

*Plaintiff, Pro Se*

DEF. TWCI'S SECOND AM. NOT. OF DEPO. OF JAMES POET; REQ. FOR PRODUCTION OF DOCS.; ETC